IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN CRUMP, | ) | |
| Plaintiff(s), | ) | No. C 08-5008 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| KIRK GASTON, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on January 14, 2009, the court dismissed plaintiff's civil rights complaint for damages under 42 U.S.C. § 1983 with leave to amend within 30 days. The court warned plaintiff that failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

More than 60 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The instant action is DISMISSED.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: 03/20/09

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Crump, S2.dismiss.wpd